IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA REYNOLDS,<br><br>        Plaintiff,<br>  v.<br><br>AMERICA'S SERVICING COMPANY,<br><br>        Defendant.<br>_____/ | No. C 12-0120 RS<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the parties' joint representation that they are attempting to resolve this matter, the Case Management Conference is continued to August 30, 2012, at 10:00 a.m. On or before July 2, 2012, the parties shall file a joint report regarding the status of their efforts to reach a resolution.

IT IS SO ORDERED.

Dated: 5/25/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE