IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA REYNOLDS,<br><br>        Plaintiff,<br>  v.<br><br>AMERICA'S SERVICING COMPANY, et al.,<br><br>        Defendants.<br>_____/ | No. C 12-0120 RS<br><br>**ORDER REQUESTING JOINT STATUS REPORT** |

      A Case Management Conference in this action was originally scheduled for May 31, 2012. Also, a motion to dismiss is presently pending, having been taken under submission without oral argument, pursuant to Civil Local Rule 7-1(b). The parties' Joint Case Management Conference Statement indicated they are working together to facilitate a possible modification of plaintiff's loan, and are "diligently attempting to settle this matter." In light of those representations, the Case Management Conference was continued to August 30, 2012.

      To ensure that this matter proceeds in an expeditious fashion, particularly should it prove that an early settlement is not achievable, the parties are requested to file a joint status report within 20 days of the date of this order. The report should include a statement on the parties' views as to whether scheduling a settlement conference with a magistrate judge prior to a ruling on the motion to dismiss is desirable. Additionally, the parties should briefly state their positions as to whether or

not plaintiff's pending bankruptcy proceedings have any bearing on the propriety of this matter going forward as a separate action in this court, brought by plaintiff individually.

IT IS SO ORDERED.

Dated:  6/27/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE